# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

—

**No. 11-7030**                                    **September Term, 2011**

UNITED STATES EX REL. STEPHANIE SCHWEIZER,
                    APPELLANT

NANCY VEE,
                    APPELLEE

v.

OCE N.V., ET AL.,
                    APPELLEES

—

Appeal from the United States District Court
for the District of Columbia
(No. 1:06-cv-00648)

—

Before: SENTELLE, *Chief Judge*, GRIFFITH, *Circuit Judge*, and RANDOLPH, *Senior Circuit Judge*

# SEALED OPINION NOT AVAILABLE TO PUBLIC